**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | |
| *Plaintiff*, | : : | CASE NO. 1:24-cv-25119-FAM |
| v. | : : | |
| ICON CREATIVE CONSULTING, INC., | : : | |
| *Defendant*. | : : | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Wilson hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 19th day of February, 2025.     Respectfully submitted,

>/s/ Avi R. Kaufman
>Avi R. Kaufman (FL Bar no. 84382)
>kaufman@kaufmanpa.com
>Rachel E. Kaufman (FL Bar no. 87406)
>rachel@kaufmanpa.com
>KAUFMAN P.A.
>237 South Dixie Highway, 4th Floor
>Coral Gables, FL 33133
>Telephone: (305) 469-5881
>
>*Attorneys for Plaintiff and the putative class*